## PACIFIC COAL COMPANY v. FOLEY.

(Decided January 18, 1929.)

Hubert Meredith for movant.

W. O. Smith opposed.

PER CURIAM. Judgment for $322 in an action for collection of bill for professional services.

Appeal denied. Judgment affirmed.

## SIDEBOTTOM v. COMMONWEALTH.

(Decided January 18, 1929.)

Eugene Mosley, Sr., for movant.

J. W. Cammack, Atty. Gen., and G. H. Mitchell, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the state prohibition law, imposing a fine of $250 and 3 months in jail.

Appeal denied. Judgment affirmed.

## FIGHTMASTER v. COMMONWEALTH.

(Decided January 22, 1929.)

L. F. Sinclair and Mac Swinford for movant.

J. W. Cammack, Atty. General, and Samuel B. Kirby, Jr., Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for cutting and wounding with intent to kill, imposing a fine of $250 and 9 months in jail.

Appeal denied. Judgment affirmed.

## CITY OF MADISONVILLE v. RASH.

(Decided January 22, 1929.)

B. L. Nisbet and H. F. S. Bailey for movant.

J. A. Jonson opposed.

PER CURIAM. Judgment for $425.25 in an action for damages.

Appeal denied. Judgment affirmed.